UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x

UNITED STATES OF AMERICA

    -v-

                                            20 CR 521-03 (CM)

PATRICK HILL,

            Defendant.

―――――――――――――――――――――――x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/24
```

## ORDER DIRECTING GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO REDUCE HIS SENTENCE IN LIGHT OF AMENDMENT 821 TO THE UNITED STATES SENTENCING GUIDELINES

McMahon, J.:

Defendant has filed a motion for a reduction of his sentence in light of Amendment 821 to the United States Sentencing Guidelines, which went into effect on November 1, 2023, and applies retroactively.[1]

The Government has until January 26, 2024, to respond to the motion. Defendant will have one week thereafter to file a reply.

This constitutes the order of the court.

New York, New York
January 10, 2024

                                                      *Colleen McMahon*
                                               Colleen McMahon
                                      United States District Court Judge

BY ECF TO ALL COUNSEL

---

[1] The Commission added a Special Instruction at subsection (e) providing that a reduced term of imprisonment based on retroactive application of Amendment 821 shall not be ordered unless the effective date of the court's order is February 1, 2024, or later. An application note clarifies that this special instruction does not preclude the court from conducting sentence reduction proceedings before February 1, 2024, as long as any order reducing the term of imprisonment has an effective date of February 1, 2024, or later. *See* United States Sentencing commission, Amendments to the Sentencing Guidelines, Effective Date November 1, 2023, https://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendly-amendments/202305_RF.pdf.

1